IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**HERCHEL TYLER,**

    **Petitioner,**

v.                                                                                                     No. 10-cv-515-DRH-SCW

**ROGER WALKER,**

    **Respondent.**

## ORDER

**HERNDON, Chief Judge:**

    This matter comes before the Court for case management. The Petitioner was ordered to keep the Clerk advised of any address changes in a court order on March 25, 2011 (Doc. 5). Likewise, he was so ordered on May 17, 2011 (Doc. 7). On June 16, 2011, the Court directed petitioner to file a notice of change of address with the Clerk of the Court by June 30, 2011 (Doc. 14). The Court advised petitioner failure to provide such notice would result in dismissal of his claim. Petitioner has not filed a notice of change of address with the Clerk of the Court. Further, on September 23, 2011, the Court directed petitioner to reply to respondent's response by October 7, 2011 (Doc. 22). Petitioner has not replied to respondent's response. Four court orders have been ignored by this petitioner. This Court cannot tolerate this kind of failure to comply with the its orders.

Thus, for failure to comply with the Court's Orders, and for a general failure to prosecute his claim, petitioner's claim is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed this 30th day of November, 2011.

                                                  David R. Herndon
                                                  2011.11.30
                                                  14:29:26 -06'00'

Chief Judge
United States District Court